

MARTIN C. CARLSON
United States Attorney
J. JUSTIN BLEWITT, JR.
Assistant U.S. Attorney
Wm. J. Nealon Federal Building
Washington & Linden
Scranton, PA  18501
Phone:  (570)348-2800

Attorneys for Plaintiff

FILED
SCRANTON

FEB 1 4 2002

PER _____
      DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:CV-00-2075 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | SATISFACTION OF JUDGMENT |
| | ) | |
| | ) | (Judge Kane) |
| RICHARD T. WANYO, | ) | |
| Defendant. | ) | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Full satisfaction is hereby acknowledged of that certain judgment entered on May 23, 2001, in favor of the United States of America, against the above-named Defendant. The Clerk is hereby authorized and directed to enter full satisfaction of record in this action.

DATED: 2/13/02

MARTIN C. CARLSON
United States Attorney

_____
J. JUSTIN BLEWITT, JR.
Assistant U.S. Attorney

CARROLL A. TERRUSO
Paralegal Specialist